Gail C. MURPHY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40378.

Missouri Court of Appeals, Western District.

Nov. 1, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 27, 1988.

Application to Transfer Denied Feb. 14, 1989.

Sean O'Brien, Public Defender, Randall J. Schlegel, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for postconviction relief.

Affirmed. Rule 84.16(b).